UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. TERESA MURPHY,<br><br>                          Plaintiff,<br><br>          -against-<br><br>SEALED DEFENDANTS,<br><br>                          Defendants. | 25 CIVIL 1007 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the March 13, 2025, order, this action is dismissed.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

   SO ORDERED.

  Dated:   May 13, 2025
           New York, New York

                                              /s/ Laura Taylor Swain
                                        _____
                                              LAURA TAYLOR SWAIN
                                        Chief United States District Judge